# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGELICA HERNANDEZ-SANCHEZ,

    Plaintiff(s),

v.

RALPHS GROCERY COMPANY,

    Defendant(s).

2:12-CV-1742 JCM (GWF)

# ORDER

Presently before the court is defendant Ralph's Grocery Company's motion to dismiss for failure to prosecute. (Doc. # 15). Plaintiff Angelica Hernandez-Sanchez has not filed a response.

Defendant moves the court to dismiss the complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(d). That rule provides, in relevant part, that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(d). In addition, Local Rule 41-1 provides that "[a]ll civil actions that have been pending in this Court for more than two hundred seventy (270) days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution on motion of counsel or by the Court." LR 41-1.

As part of its analysis under Rule 41(d), the court is required to consider the availability of less drastic sanctions. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Although the court recognizes that plaintiff has failed to comply with discovery requests, it notes that the magistrate

**James C. Mahan**
**U.S. District Judge**

judge has imposed monetary sanctions against plaintiff in response. (*See* doc. # 19). The court finds these less drastic sanctions to be sufficient, and declines to utilize its discretion to dismiss the action in its entirety for failure to comply with the rules of civil procedure.

It does not appear that plaintiff has participated in her case in the five months following the court's order granting plaintiff's counsel's motion to withdraw. (*See* doc. # 14). Although it has not yet been 270 days since her last filing, plaintiff is cautioned that her continued failure to participate in this litigation may result in dismissal pursuant to LR 41-1.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss for failure to prosecute (doc. # 15) be, and the same hereby is, DENIED without prejudice.

DATED December 3, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -