# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA HERNANDEZ-SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, d/b/a<br>FOOD 4 LESS,<br><br>        Defendant. | Case No.  2:12-cv-01742-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Amended Joint Discovery Plan and Scheduling Order (First Request) (#12) filed June 14, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 27, 2013, or 30 days after a decision on the dispositive motions. A motion to dismiss for failure to prosecure (#15) was decided on December 3, 2013, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 21, 2014.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 8th day of January, 2014.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE