1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                            **DISTRICT OF NEVADA**
6
7  ANGELICA HERNANDEZ-SANCHEZ,           )
8              Plaintiff,                 )    Case No.  2:12-cv-01742-JCM-GWF
                                          )
9  vs.                                    )    **ORDER**
                                          )
10 RALPHS GROCERY COMPANY, d/b/a          )
   FOOD 4 LESS,                           )
11                                        )
              Defendant.                  )
12 _____ )

13      This matter is before the Court on the parties' failure to file a Joint Pretrial Order.  On

14 January 9, 2014, the Court ordered that the parties file the Joint Pretrial Order on or before January

15 21, 2014 (Order #21).  To date, the parties have failed to comply.  Accordingly,

16      **IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **February**

17 **13, 2014**.  Failure to comply may result in the issuance of an order to show cause why sanctions

18 should not be imposed.

19      DATED this 3rd day of February, 2014.

20

21                                              _____
                                                GEORGE FOLEY, JR.
22                                              UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28