# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA HERNANDEZ-SANCHEZ, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:12-cv-01742-JCM-GWF |
| vs. | )<br>) **ORDER** |
| RALPHS GROCERY COMPANY, d/b/a<br>FOOD 4 LESS, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a complete Joint Pretrial Order. Defendant filed a proposed pretrial order (#23) on February 12, 2014; however, counsel was advised it was incomplete. To date, the parties have failed to file a complete Joint Pretrial Order. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **March 24, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 12th day of March, 2014.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE