1  **Robert B. Ryder, Esq.**
   **Nevada Bar # 6806**
2  **Jennifer L. Sanders, Esq.**
   **Nevada Bar # 10980**
3  **WOLFE & WYMAN LLP**
   **980 Kelly Johnson Drive, Suite 140**
4  **Las Vegas, NV  89119**
   **Tel: (702) 476-0100**
5  **Fax: (702) 476-0101**
   *rbryder@wolfewyman.com*
6  *jlsanders@wolfewyman.com*

7  **Attorneys for Defendant, RALPHS GROCERY**
   **COMPANY d/b/a FOOD 4 LESS**
8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  ANGELICA HERNANDEZ-SANCHEZ,          |  Case No. 2:12-cv-01742-JCM-GWF
12                  Plaintiff,           |              **ORDER GRANTING**
                                         |  **MOTION TO DISMISS FOR FAILURE**
13          v.                           |  **TO PROSECUTE AND FOR DISCOVERY**
                                         |  **SANCTIONS**
14
    RALPHS  GROCERY  COMPANY, a Foreign  |
15  Corporation d/b/a FOOD 4 LESS; DOES 1-100 |
    and   ROE   BUSINESS   ENTITIES   1-100, |
16  inclusive,                           |

17                  Defendant.           |

18

19

20          Defendant, Ralphs Grocery Company dba Food 4 Less ("Food 4 Less"), by and through its

21  attorneys, Wolfe & Wyman LLP, filed a Motion to Dismiss for Failure to Prosecute and for

22  Discovery Sanctions (Docket No. 33) on April 30, 2014.  Plaintiff's response to Defendant's

23  Motion to Dismiss was due by May 17, 2014.

24          The Court having considering the moving papers, its own files, and good cause appearing,

25  rules as follows:

26          1.      Pursuant to Local Rule 7-2(c), any Response and/or Opposition to Defendant's

27  Motion to Dismiss was required to be filed with the Court and served within fourteen (14) days

28  after service of the Motion.  No Response and/or Opposition has been submitted to the Court or

                                         1

1728733.1

served on opposing party within the prescribed timeline.  Pursuant to Local Rule 7-2(i), the failure of an opposing party to file Points and Authority in response to any motion shall constitute consent to the granting of the motion.

2.      The Court may grant the Motion to Dismiss without a hearing where a Local Rule provides another party who has failed to timely file an Opposition is deemed to have waived any objection to the Motion.   Eaton v. Reno, 216 F.3d 1082, 1082 (9th Cir. 2000).

3.      The Court may grant the Motion to Dismiss for failure to follow local rules if these five factors weigh in favor of dismissal:  "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants, (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions."  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

4.      The Court finds that the five Ghazali factors weigh in favor of dismissal.

IT IS THEREFORE ORDERED granting Defendant's Motion to Dismiss Plaintiff's Complaint.

IT IS FURTHER ORDERED dismissing Plaintiff's Complaint without prejudice.

IT IS SO ORDERED June 25, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

WOLFE & WYMAN LLP


By:/s/ Jennifer L. Sanders
_____
     Robert B. Ryder, Esq.
     Nevada Bar # 6806
     Jennifer L. Sanders, Esq.
     Nevada Bar # 10980
     980 Kelly Johnson Drive, Suite 140
     Las Vegas, NV 89119
     Attorneys for Defendant, RALPHS GROCERY
     COMPANY dba Food 4 Less

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

1728733.1

1

<u>**CERTIFICATE OF SERVICE**</u>

2

On June 17, 2014, I served the foregoing **[PROPOSED] ORDER GRANTING**

3

**MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND FOR DISCOVERY**

4

**SANCTIONS** by the following means to the persons as listed below:

5

  <u>X</u>    a.        EFC System (you must attach the "Notice of Electronic Filing", or list all

6

persons and addresses and attach additional paper if necessary):

7

8

David Melvin Crosby     info@crosby.lvcoxmail.com

9

10

  <u>X</u>    b.       United States Mail, postage fully pre-paid (List persons and addresses.

Attach additional paper if necessary):

11

12

**Angelica Hernandez-Sanchez**
1509 Fay Boulevard

13

Las Vegas, NV 89108
*(Plaintiff)*

14

PRO SE

15

16

By:     /s/ *Katia Ioffe*

17

Katia Ioffe

18

An employee of Wolfe & Wyman LLP

19

20

21

22

23

24

25

26

27

28

1728733.1